UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD T GOETZ,
Plaintiff,

v.

APPLE INC.,
Defendant.

Case No. 26-cv-08384-PCP (SVK)

**ORDER OF RECUSAL**

This Court, having been assigned to this case for discovery referral purposes, recuses itself from hearing this case. The Clerk of Court is directed to reassign this case to another magistrate judge.

**SO ORDERED.**

Dated: August 20, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California